UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-00285-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| VERNON LEON SCOTT, et al., | |
| Defendants. | |

Plaintiff commenced this action under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*, on February 4, 2015.  (ECF No. 1.)  On June 3, 2015, this court issued a minute order directing the parties to meet and confer to discuss settlement of the case. (ECF No. 9.)  The court also directed the parties to "file a joint status report advising the court whether they have reached settlement or exhausted their efforts to settle within sixty (60) days." (*Id.*)  "If the parties believe they have exhausted their efforts to settle, they shall provide a report on the status of their settlement discussions, including the dates on which they have exchanged offers and the date settlement discussions concluded."  (*Id.*)

Here, the parties have not complied with the court's order.  On August 3, 2015, the parties filed a report stating: "The parties have been unable to reach a settlement in this case.  The case still remains unresolved."  (ECF No. 12 at 1–2.)  The report says nothing about the parties' efforts to exhaust settlement discussions, the dates on which the parties exchanged offers, and the

date settlement discussions concluded.  Hence, the status report does not meet the criteria set forth in this court's order.  Accordingly, the court STRIKES the parties' status report (ECF No. 12) and DIRECTS the parties to file a new status report in compliance with the court's minute order (ECF No. 9) within seven (7) days of the date of this order.

    IT IS SO ORDERED.

DATED:   August 6, 2015.

                  _____
                  UNITED STATES DISTRICT JUDGE