UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>VERNON LEON SCOTT,<br><br>            Defendant. | No. 2:15-CV-000285-KJM-CKD<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff commenced this action under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*, on February 4, 2015.  (ECF No. 1.)  On June 3, 2015, this court issued a minute order directing the parties to meet and confer to discuss settlement of the case. (ECF No. 9.)  The court also directed the parties to "file a joint status report advising the court whether they have reached settlement or exhausted their efforts to settle within sixty (60) days." (*Id.*)  "If the parties believe they have exhausted their efforts to settle, they shall provide a report on the status of their settlement discussions, including the dates on which they have exchanged offers and the date settlement discussions concluded."  (*Id.*)

Because the parties did not comply with the court's order in filing their August 3, 2015 status report, on August 6, 2015, the court STRUCK the parties' status report and directed them to file a new status report in compliance with the court's order within seven (7) days of the

/////

1

date of that order.  (ECF No. 13.)  As of the date of this order, the parties have not filed a new status report.

    Accordingly, the parties are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned in the amount of $250 each for their failure to comply with this court's order.

    IT IS SO ORDERED.

DATE: September 15, 2015.

                _____
                UNITED STATES DISTRICT JUDGE