UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERNON LEON SCOTT,<br><br>　　　　　Defendant. | No. 2:15-cv-000285-KJM-CKD<br><br><br>ORDER |

On September 15, 2015, the court ordered counsel to show cause why they should not be sanctioned in the amount of $250 each for their failure to file a status report complying with the court's previous order. ECF No. 14. The parties recently filed a notice of settlement, but did not respond to the court's order to show cause. ECF No. 15. Counsel are therefore each SANCTIONED in the amount of $250, payable to the Clerk of the Court within fourteen days of the date this order is filed. Counsel shall not pass this cost on to their clients.

　　　　IT IS SO ORDERED.

 DATED: September 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

1